# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 6, 2024

Lyle W. Cayce
Clerk

No. 24-50156
Summary Calendar

_____

Samuel Biar Pech,

*Plaintiff—Appellant*,

*versus*

Central Intelligence Agency,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1350

_____

Before King, Haynes, and Graves, *Circuit Judges*.
Per Curiam:[*]

Samuel Pech appeals the district court's dismissal without prejudice of this case due to his failure to provide the requisite summons to the defendant. We have carefully considered the appeal in light of his brief, the opinion of the district court, and pertinent portions of the record. Having done so, we find no reversible error.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50156

AFFIRMED. *See* 5TH CIR. R. 47.6